1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, THAVONE ONSYNPHANLA

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

   UNITED STATES OF AMERICA,         )   CASE NO.  1:12-CR-00341 LJO SKO
9                                    )
          Plaintiff,                  )
10                                   )   **DECLARATION OF ROGER K.
      v.                             )   LITMAN IN SUPPORT OF
11                                   )   REQUEST FOR ORDER
   THAVONE ONSYNPHANLA,              )   EXCUSING PERSONAL
12                                   )   PRESENCE OF DEFENDANT**;
          Defendant.                  )   **[ORDER]**
13 _____   )

14         ROGER K. LITMAN, declares:

15         1.    I am the attorney of record for defendant Thavone Onsynphanla in the

16 instant action. I have personal knowledge regarding all facts set forth in this

17 declaration.

18         2.    The next scheduled court appearance in this matter is a status

19 conference calendared for February 4, 2013.  Mr. Onsynphanla, who resides in Las

20 Vegas, Nevada, requested that I seek a court order excusing him from appearing

21 on February 4, 2013.

22         3.    It is my expectation that the status conference will be continued from

23 February 4, 2013 to a future date to allow defense counsel to continue their

24 discussion with Assistant United States Attorney Karen Escobar, the prosecutor in

25 this matter.

26         4.    Mr. Onsynphanla's presence is not necessary for his proper

27 representation at the hearing on February 4, 2013.

28         5.    In addition, I am requesting that Mr. Onsynphanla's appearance be

                                         1

waived at any and all non-substantive pretrial proceedings until further order of the court.

6. On January 29, 2013, I communicated by email with Ms. Escobar to determine whether the government had any objection to the requested order excusing Mr. Onsyphanla's appearance. By return email, Ms. Escobar authorized me to advise the court that the government had no objection to the requested order.

7. At all times since she became my client, Mr. Onsynphanla has been extremely cooperative with me, has maintained regular telephone contact with me.

8. In light of the foregoing, I am respectfully requesting that the court excuse Mr. Onsynphanla from appearing at the status conference on February 4, 2013 and at future non-substantive pretrial proceedings until further order of the court.

I declare the foregoing to as true and correct, subject to the penalty of perjury under the laws of the United States of America.

Executed this 30th day of January, 2013 at Fresno, California.

Respectfully Submitted,

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
THAVONE ONSYNPHANLA

ORDER

It is hereby ordered that defendant Thavone Onsynphanla be excused from personal presence at the hearing for status conference calendared for February 4, 2013 and at future non-substantive pretrial proceedings until further order of the court.

IT IS SO ORDERED.

**Dated:   January 31, 2013**                           /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE