ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, THAVONE ONSYNPHANLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THAVONE ONSYNPHANLA,<br><br>　　Defendant.<br>_____ | CASE NO. 1:12-CR-00341 LJO SKO<br><br>**DECLARATION OF ROGER K. LITMAN IN SUPPORT OF REQUEST FOR ORDER EXCUSING PERSONAL PRESENCE OF DEFENDANT**; **[ORDER]** |

　　ROGER K. LITMAN, declares:

　　1.　I am the attorney of record for defendant Thavone Onsynphanla in the instant action. I have personal knowledge regarding all facts set forth in this declaration.

　　2.　The next scheduled court appearance in this matter is a status conference calendared for February 4, 2013. Mr. Onsynphanla, who resides in Las Vegas, Nevada, requested that I seek a court order excusing him from appearing on February 4, 2013.

　　3.　It is my expectation that the status conference will be continued from February 4, 2013 to a future date to allow defense counsel to continue their discussion with Assistant United States Attorney Karen Escobar, the prosecutor in this matter.

　　4.　Mr. Onsynphanla's presence is not necessary for his proper representation at the hearing on February 4, 2013.

　　5.　In addition, I am requesting that Mr. Onsynphanla's appearance be

1

waived at any and all non-substantive pretrial proceedings until further order of the court.

6. On January 29, 2013, I communicated by email with Ms. Escobar to determine whether the government had any objection to the requested order excusing Mr. Onsyphanla's appearance. By return email, Ms. Escobar authorized me to advise the court that the government had no objection to the requested order.

7. At all times since she became my client, Mr. Onsynphanla has been extremely cooperative with me, has maintained regular telephone contact with me.

8. In light of the foregoing, I am respectfully requesting that the court excuse Mr. Onsynphanla from appearing at the status conference on February 4, 2013 and at future non-substantive pretrial proceedings until further order of the court.

I declare the foregoing to as true and correct, subject to the penalty of perjury under the laws of the United States of America.

Executed this 30th day of January, 2013 at Fresno, California.

Respectfully Submitted,

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
THAVONE ONSYNPHANLA

2

# ORDER

It is hereby ordered that defendant Thavone Onsynphanla be excused from personal presence at the hearing for status conference calendared for February 4, 2013 and at future non-substantive pretrial proceedings until further order of the court.

IT IS SO ORDERED.

**Dated:   January 31, 2013**               /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE