ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, THAVONE ONSYPHANLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THAVONE ONSYPHANLA, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO.  1:12-CR-00341 LJO SKO <br><br> **STIPULATION AND ORDER REGARDING CONDITIONS OF RELEASE** |

It is hereby agreed to by the Government and Mr. Thavone Onsyphanla that the defendant's condition of release regarding electronic monitoring, including CURFEW, shall be vacated.  All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

DATED:  February 4, 2013        /s/ Karen Escobar
                                Assistant United States Attorney
                                **This was agreed to by Ms. Escobar via email on February 4, 2013**

DATED:  February 4, 2013        /s/ Roger K. Litman
                                ROGER K. LITMAN
                                Attorney for Defendant
                                THAVONE ONSYPHANLA

IT IS SO ORDERED.

**Dated:   February 4, 2013**         /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE

1