BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>         v.<br><br>THAVONE ONSYPHANLA,<br><br>                   Defendant. | CASE NO.   1:12-cr-00341 LJO<br><br>STIPULATION REGARDING<br>CONTINUANCE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, March 31, 2014, at 8:30 a.m. before the Honorable U.S. District Judge Lawrence J. O'Neill.

2. By this stipulation, the parties agree to continue sentencing to June 30, 2014, at 8:30 a.m. for the following reasons:

3. According to Mr. Litman, counsel for the defendant, the defendant has become the primary care giver for his wife, who is in process for a heart transplant at a recognized heart center outside of the state where the defendant lives.  In addition, due to his wife's failing heart, the defendant is also the primary person providing care for his mother-in-law, who lives with them and

1

has a number of serious medical conditions.

4. Mr. Litman also believes that his client is in full compliance with his conditions of release and has had no new arrests or contacts with law enforcement.

IT IS SO STIPULATED.

DATED: March 6, 2014.  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: March 6, 2014.

/s/ Roger Litman
ROGER LITMAN
Counsel for Defendant

## ORDER

This is unquestionably GOOD CAUSE and is GRANTED.  Mr. Litman is advised that this Court is Sending its concern to his family at this difficult time of coping with health issues.

IT IS SO ORDERED.

Dated:   **March 6, 2014**                          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE