ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone:    (559) 237-6000
Facsimile:    (559) 233-6044

Attorney for Defendant, THAVONE ONSYPHANLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:12-CR-00341 LJO |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO |
| ) | RESET DATES FOR INFORMAL |
| THAVONE ONSYPHANLA, ) | AND FORMAL OBJECTIONS |
| ) | |
| Defendant ) | |
| _____ ) | |

The parties hereto, by and through their respective attorneys, have stipulated and agreed that sentencing on behalf of defendant, THAVONE ONSYPHANLA, be continued to June 30, 2014 at 8:30 a.m. This continuance has been approved by the Hon. Lawrence J. O'Neill. Accordingly, the following dates have been modified:

Informal objections due to probation and opposing counsel by June 16, 2014.

Objections filed with the court and served upon probation and opposing counsel by June 23, 2014.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: March 12, 2014              /s/ Karen Escobar_____
                                   KAREN ESCOBAR
                                   Assistant United States Attorney
                                   **This was agreed to by Ms. Escobar
                                   via email on March 11, 2014**

1

1

2  DATED: March 12, 2014            /s/ Roger K. Litman
                                    ROGER K. LITMAN
3                                   Attorney for Defendant
                                    THAVONE ONSYPHANLA
4

5  IT IS SO ORDERED.

6
     Dated:   **March 13, 2014**            **/s/ Lawrence J. O'Neill**
7                                           UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28