1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California  93721
   Telephone:     (559) 237-6000
4  Facsimile:     (559) 233-6044

5  Attorney for Defendant, THAVONE ONSYPHANLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  1:12-cr-00341 LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **MODIFY SPECIAL CONDITIONS** |
| | ) | **OF PROBATION NUMBER 6** |
| THAVONE ONSYPHANLA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the court may modify special condition of probation number 6 to read as follows: As directed by the probation officer, the defendant shall complete up to twenty hours of unpaid community service per week until employed for at least thirty hours per week or participating in a previously approved educational or vocational program.  The probation officer shall treat as employment, for purposes of this condition, all hours expended by the defendant caring for his wife, Manni Onsyphanla.

DATED: July 10, 2014             /s/ Karen Escobar_____
                                 KAREN ESCOBAR
                                 Assistant United States Attorney
                                 **This was agreed to by Ms. Escobar**
                                 **via email July 10, 2014**

1

DATED:  July 10, 2014      /s/ Roger K. Litman
                            ROGER K. LITMAN
                            Attorney for Defendant
                            THAVONE ONSYPHANLA

IT IS SO ORDERED.

   Dated:  **July 11, 2014**             **/s/ Lawrence J. O'Neill**
                            UNITED STATES DISTRICT JUDGE

2